**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND ) <br> SOUTHWEST AREAS PENSION FUND; ) <br> and ARTHUR H. BUNTE, JR., as Trustee, ) <br> ) <br>                   *Plaintiffs*, ) <br>     v.                       ) <br> ) <br> BALES, INC., a Michigan corporation, ) <br> f/k/a Bales Trucking, Inc.; ) <br> H.M. BALES, LLC, a Michigan limited ) <br> liability company, d/b/a Bales Excavating; ) <br> C & H BALES, CO., LLC, a Michigan limited ) <br> liability company, f/k/a S.E. Griffith, LLC, ) <br> ) <br>                   *Defendants*. ) | Case No. 12 C 3981 <br><br> Honorable Robert W. Gettleman <br> District Judge |

**PLAINTIFFS' MOTION
FOR ENTRY OF CONSENT JUDGMENT**

NOW COME Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., as Trustee, by and through their undersigned counsel, and hereby move the Court to enter a consent judgment in favor of Plaintiffs and against Defendants, Bales, Inc., f/k/a Bales Trucking, Inc., H.M. Bales, LLC, d/b/a Bales Excavating, and C & H Bales, Co., LLC, f/k/a S.E. Griffith, LLC (the "Defendants"). In support of thereof, Plaintiffs state as follows:

1. Plaintiffs filed this action to collect withdrawal liability from Defendants under the Employee Retirement Income Security Act of 1974 ("ERISA") *as amended* by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001 *et seq*.

2. Plaintiffs and Defendants have agreed to the entry of a consent judgment against Defendants and in favor of Plaintiffs.

3. In light of the foregoing, Plaintiffs request that this Court enter a consent judgment against Defendants.

4. Prior to the filing of this motion, Plaintiffs' counsel, Anthony E. Napoli, contacted Defendants' counsel, Frederick Lucas. Mr. Lucas stated that he agreed to the granting of this motion.

5. A copy of the proposed Consent Judgment is attached hereto as Exhibit A for the Court's review and will also be submitted electronically to the Court's e-mail address for proposed orders.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter the Consent Judgment attached hereto as Exhibit A.

Respectfully submitted,

/s/Anthony E. Napoli
Anthony E. Napoli
Attorney for Central States, Southeast and Southwest Areas Pension Fund
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3702
ARDC # 06210910
tnapoli@centralstatesfunds.org

September 27, 2012